AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KOLLIN ROY KING

CRIMINAL COMPLAINT

CASE NUMBER: 07-M-

**COUNT I**

Beginning in or about December 2005 and continuing through to February 1, 2007, in the Western District of New York, the defendant, KOLLIN ROY KING, did, using a means of interstate or foreign commerce, namely the Internet, knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person may be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation. This complaint is based upon the facts set forth in the attached affidavit, which is made a part hereof.

MICHAEL A. SHAFFER
Special Agent
Immigration and Customs Enforcement

Sworn to before me this
2nd day of February, 2007.

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT OF MICHAEL A. SHAFFER

I, Michael A. Shaffer, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since September 2002. I am currently assigned to the Buffalo Field Office Innocent Images National Initiative which targets individuals involved in the on-line sexual exploitation of children.

2. I make this affidavit in support of a criminal complaint charging KOLLIN ROY KING with violating Title 18, United States Code, Section 2422(b) which in pertinent part states:

"Whoever, using the mail or any facility or means of interstate or foreign commerce, knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so ... ."

The statements contained in this affidavit are based on information provided by Agents of the FBI, police officers of the Cheektowaga Police Department and upon my training and experience as a Special Agent of the FBI. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

3. On December 7, 2005, your affiant, Special Agent (SA) Michael A. Shaffer of the Buffalo Field Office of the FBI, while acting in an undercover capacity on the Internet, received an unsolicited instant message from the America Online Instant Messenger (AIM) screen name FreakJ65. During the ensuing conversation, it was established that your affiant was a 14 year old male from Buffalo, New York, and that FreakJ65 was a 25 year old male from Hamburg, New York. Throughout the conversation your affiant and FreakJ65 engaged in sexually explicit conversation. FreakJ65 requested a photograph of your affiant. In response, your affiant directed FreakJ65 to an Internet site containing a photograph of a current FBI Agent when he was a teenager. Also during this conversation, FreakJ65 stated that he drives a Jeep Cherokee. For the subsequent 13 months, your affiant has had several more instant message conversations with FreakJ65. During the subsequent conversations, FreakJ65 repeatedly requested a meeting for the purpose of engaging in sexually explicit conduct with your affiant's persona. The requests included FreakJ65 performing oral sex, anal sex, and fondling, with your affiant's persona.

4. On January 30, 2007, your affiant, while acting in an undercover capacity on the Internet received an unsolicited instant message from the AIM screen name sk8trboiwny. During the ensuing

2

conversation, sk8trboiwny told your affiant, "hey yeah sry its kyle... u no freakj65". Subsequently, your affiant also spoke with the same individual under the AIM screen name FreakJ65. Again, FreakJ65 expressed and interest in meeting your affiant's persona for sexual activity. Ultimately, FreakJ65 and your affiant's persona agreed to meet at a restaurant in Cheektowaga, New York, on February 1, 2007 at 8:30 p.m. FreakJ65 attempted to convince your affiant's persona to bring his fictitious 12 year old friend for a "threesome". In response, your affiant's persona agreed to "try" to convince his friend to join the sexual activity. Attached hereto as Exhibit 1 are the January 30, 2007 conversations with FreakJ65 and sk8trboiwny.

5. On January 31, 2007, a subpoena was issued to America Online (AOL) requesting the IP address used to connect to the AIM screen names FreakJ65 and sk8trboiwny on January 30, 2007 at the time of the previously described instant message conversation. AOL reported that the IP address used to connect to the AIM screen names FreakJ65 and sk8trboiwny at the time in question was 67.20.230.189. The IP address, 67.20.230.189 is owned by Time Warner Cable. A second subpoena was issued to Time Warner Cable for the subscriber who was using the IP address 67.20.230.189 at the date and time of the conversation. Time Warner Cable reported the following subscriber information:

3

```
Service Address:        Kollin King
                        4591 Southwestern Blvd, Apt B6
                        Hamburg, New York

Billing Address:        Kollin King
                        4591 Southwestern Blvd, Apt B6
                        Hamburg, New York

Phone:                  716-649-4170
Acct Number:            1610-438782-6
Email address:          krking@adelphia.net
SS# form Billing:       xxx-xx-1310
```

6. A search of the New York State Department of Motor Vehicles database revealed that a 2000 Jeep Cherokee Sport is registered to Kollin King of 4591 Southwestern Blvd, Apt B6, Hamburg, New York. This information corroborates the statement made by FreakJ65 during the conversation on December 7, 2005.

7. On February 1, 2007 at approximately 8:30 p.m., your affiant, while acting in an undercover capacity on the Internet had a instant message conversation with the AIM screen name FreakJ65. During the conversation, FreakJ65 rescheduled the meeting from 8:30 p.m. to 9:00 p.m. At approximately 9:00 p.m., Kollin King arrived at the restaurant driving a 2000 Jeep Cherokee Sport and was taken into custody.

8. King was transported to the Buffalo Field Office of the FBI. During transport, King was presented with an advise of rights form which was read aloud to him as he followed along. King stated

4

that he understood his rights. At the office, King signed the waiver of his rights and agreed to speak with the interviewing Agents.

9. King admitted to being the user of the screen names FreakJ65 and sk8trboiwny. King reviewed the chat logs of the conversations between your affiant's persona and FreakJ65 and admitted to being the author of said chats. When asked what he would have done if he had met two minor boys instead of FBI Agents, King replied, "I hope nothing would have happened."

10. King stated that he had, on two other occasions, using the Internet, arranged to meet minors for sexual activity but when he arrived at the meet location either the minors did not show or the meet location turned out to be fictitious.

11. King further admitted to meeting a 16 year old boy on the Internet. During the summer of 2005, King admitted to a rendezvous with the boy in a park where the two masturbated and performed oral sex on each other. In the fall of 2006, King picked up the boy and brought him to his apartment where the two masturbated and performed oral sex on each other. King denied having any inappropriate contact with any of his students or members of his cub scout den.

5

12. Based on the above information, there is probable cause to believe that Kollin Roy King knowingly attempted to persuade, induce, entice, or coerce an individual who had not attained the age of 18 to engage in sexual activity for which a person can be charged with a criminal offense, using a means of interstate commerce, namely, the Internet, in violation of Title 18, United States Code, Section 2422(b).

Michael A. Shaffer
Special Agent
Federal Bureau of Investigation

Sworn to before me this
2nd day of February, 2007

H. Kenneth Schroeder, Jr.
United State Magistrate Judge

6

# Exhibit 1

**Begin IM - 1/30/2007 05:37 PM**

sk8trboiwny [5:36 P.M.]: hey
sk8trboiwny [5:36 P.M.]: when we gonna hook up
FBI Agent [05:37 PM]: have we chatted b4????
FBI Agent [05:37 PM]: do i know u?
sk8trboiwny [05:37 PM]: hey yeah sry its Kyle...u no freakj65
FBI Agent [05:38 PM]: pj
FBI Agent [05:38 PM]: oh
FBI Agent [05:38 PM]: u confused me
sk8trboiwny [05:38 PM]: what pj?
FBI Agent [05:38 PM]: typo
sk8trboiwny [05:38 PM]: k.
sk8trboiwny [05:39 PM]: sry i didn't realize i hit ur name on my other sn
sk8trboiwny [05:39 PM]: so wehn we gonna fuck LOL
FBI Agent [05:39 PM]: thats kewl
FBI Agent [05:39 PM]: when can u?
sk8trboiwny [05:39 PM]: now lol
FBI Agent [05:40 PM]: lol
sk8trboiwny [05:40 PM]: can u
FBI Agent [05:40 PM]: im supposed to go to the mall on thurs
sk8trboiwny [05:40 PM]: ooo yeah? what mall
sk8trboiwny [05:40 PM]: i dont think i can on thurs tho?
FBI Agent [05:40 PM]: cheektowaga
FBI Agent [05:40 PM]: galleria
sk8trboiwny [05:41 PM]: cool...who u going with? what time to what time
FBI Agent [05:41 PM]: at like 6:30 - 7
sk8trboiwny [05:41 PM]: til what time?
FBI Agent [05:42 PM]: mall closes at 10
sk8trboiwny [05:42 PM]: u stayin there til then? u want me to come there?
sk8trboiwny [05:42 PM]: who u going with
FBI Agent [05:42 PM]: my friends
FBI Agent [05:42 PM]: well friend
sk8trboiwny [05:43 PM]: a guy?
FBI Agent [05:43 PM]: yeah but i can ditch him
sk8trboiwny [05:43 PM]: lol is he cute tho?
FBI Agent [05:43 PM]: yeah
sk8trboiwny [05:43 PM]: u got a pic of him or he got a myspace?
FBI Agent [05:43 PM]: idk
FBI Agent [05:43 PM]: no pic
FBI Agent [05:43 PM]: on the puter
sk8trboiwny [05:43 PM]: no myspace?
FBI Agent [05:44 PM]: i dont think so
FBI Agent [05:44 PM]: hes way in the closet
sk8trboiwny [05:44 PM]: is he gay tho?
FBI Agent [05:44 PM]: more or less.... lol
sk8trboiwny [05:44 PM]: does he no bout u?
FBI Agent [05:44 PM]: yeah but were just buds
FBI Agent [05:45 PM]: he's younger though
sk8trboiwny [05:45 PM]: thats sweet....think we can threesome
sk8trboiwny [05:45 PM]: thats HOT..how odl is he
FBI Agent [05:45 PM]: 12
sk8trboiwny [05:45 PM]: YES!!!!! lets threesome

1

## Exhibit 1

FBI Agent [05:45 PM]: i dont know if he would be into it
sk8trboiwny [05:45 PM]: please please please
sk8trboiwny [05:45 PM]: whats his AIM/
FBI Agent [05:46 PM]: i better check with him first
FBI Agent [05:46 PM]: b4 i give it out
sk8trboiwny [05:46 PM]: yeah but please plrea please try to talk him into it ok?
FBI Agent [05:46 PM]: hes very very shy
sk8trboiwny [05:46 PM]: have u ever messed around with him
sk8trboiwny [05:46 PM]: its ok i like shy guys its hot
FBI Agent [05:46 PM]: no
sk8trboiwny [05:46 PM]: im totally in the closet too
FBI Agent [05:47 PM]: u cant meet on thursday?
sk8trboiwny [05:47 PM]: i can if its like at 8:30 at themall and its both u an dhim
sk8trboiwny [05:47 PM]: whats his name?
FBI Agent [05:47 PM]: Justin
sk8trboiwny [05:48 PM]: cute
sk8trboiwny [05:48 PM]: what are his stats?
FBI Agent [05:48 PM]: wut if he says no
sk8trboiwny [05:48 PM]: u gotta talk him into it....we dont have to do much...just hang out if u want....maybe some tuching with him....
FBI Agent [05:48 PM]: kk
FBI Agent [05:48 PM]: wut should i tell him
sk8trboiwny [05:48 PM]: idk just tell him bout me and that u wanna mess around and that we want him to do it too
sk8trboiwny [05:48 PM]: what are his stats
FBI Agent [05:49 PM]: idk... i can guess
sk8trboiwny [05:49 PM]: kk how tall and weight and stuff
FBI Agent [05:49 PM]: shorter than me
sk8trboiwny [05:49 PM]: k how tall are u
FBI Agent [05:50 PM]: hes maybe like 5'2... 90is pounds
FBI Agent [05:50 PM]: hes skinny
sk8trboiwny [05:50 PM]: wow thats fucking hot
sk8trboiwny [05:50 PM]: u ever see his dick
FBI Agent [05:50 PM]: at practice in the shower some times
sk8trboiwny [05:50 PM]: yeah does he have hair there yet?
FBI Agent [05:50 PM]: were on the same hockey team
FBI Agent [05:50 PM]: no
sk8trboiwny [05:51 PM]: omg u have to make this work
sk8trboiwny [05:51 PM]: will u be online tomorrow too...idk if i can b
FBI Agent [05:52 PM]: yeah for a little while...
sk8trboiwny [05:52 PM]: kk i mite not be ok...so shuld we set it up for sure now?
FBI Agent [05:52 PM]: ok
sk8trboiwny [05:52 PM]: where shuld i meet u at what time
FBI Agent [05:53 PM]: how about taco bell behind the mall
sk8trboiwny [05:53 PM]: no lets meet in the mall somewhere
sk8trboiwny [05:53 PM]: cuz i dont know where stuff is otherwise
FBI Agent [05:54 PM]: yeah but the cops hassle u if u dont have a parent
sk8trboiwny [05:54 PM]: well ill be ur parent lol
FBI Agent [05:54 PM]: lol
sk8trboiwny [05:55 PM]: why dont we meet in the food court at the bathrooms at 8:30 hows that
FBI Agent [05:55 PM]: naa
sk8trboiwny [05:55 PM]: y
sk8trboiwny [05:56 PM]: its easy to find
FBI Agent [05:56 PM]: i dont want ne one i know to see

2

## Exhibit 1

sk8trboiwny [05:56 PM]: we wont do stuff there dude..just meet there
sk8trboiwny [05:56 PM]: if u see neone ur just taking a piss...thats no big deal
FBI Agent [05:56 PM]: u cant find the tb
sk8trboiwny [05:56 PM]: naw the mall is better
FBI Agent [05:57 PM]: y
sk8trboiwny [05:57 PM]: cuz i can park easier and theres more ppl so we'll all blend in better
FBI Agent [05:57 PM]: kk
sk8trboiwny [05:57 PM]: so the restrooms at 8:30 ok?
FBI Agent [05:58 PM]: kk
FBI Agent [05:58 PM]: how will i no its u?
sk8trboiwny [05:58 PM]: u still look like ur pic?
FBI Agent [05:58 PM]: yeah
sk8trboiwny [05:58 PM]: kk ill just come up to u and say hey brian imkyle hows that?
FBI Agent [05:58 PM]: i can wear my jersey
FBI Agent [05:58 PM]: if u want
sk8trboiwny [05:58 PM]: thats cool or whatever u wanna wear thats hot....and bring justin too i really wanna meet him ok?
FBI Agent [05:59 PM]: ok
FBI Agent [05:59 PM]: wut should i tell him we r going to do
sk8trboiwny [05:59 PM]: how big u think his dick is?
sk8trboiwny [05:59 PM]: idk what do u wanna do?
FBI Agent [05:59 PM]: 3-4
sk8trboiwny [05:59 PM]: and where wuld we do stuff?
sk8trboiwny [05:59 PM]: NICE
FBI Agent [05:59 PM]: maybe
FBI Agent [06:00 PM]: idk... the car?
FBI Agent [06:00 PM]: a hotel
sk8trboiwny [06:00 PM]: car is cool
sk8trboiwny [06:00 PM]: but we'd have to go somewhere cuz they patrol there a lot...we can figure it out...or a hotel or my apt
sk8trboiwny [06:00 PM]: whatever u guys want...dont worry bout tellin justin that yet...we'll figure it out
sk8trboiwny [06:00 PM]: this is thursday rite?or friday?
FBI Agent [06:00 PM]: no no thurs
sk8trboiwny [06:00 PM]: KK
sk8trboiwny [06:01 PM]: u allowed to stay out that late on a school nite?
FBI Agent [06:01 PM]: im stayin with justin
sk8trboiwny [06:01 PM]: oh nice...and hes allowed to stay out late huh?
FBI Agent [06:01 PM]: yeah his dad works
sk8trboiwny [06:01 PM]: nice..where?
FBI Agent [06:02 PM]: idk
sk8trboiwny [06:02 PM]: k
FBI Agent [06:02 PM]: some shop or something
sk8trboiwny [06:02 PM]: how u get home from themall? or does he work at the mall?
FBI Agent [06:02 PM]: hes a welder
FBI Agent [06:02 PM]: bus
sk8trboiwny [06:02 PM]: ok cool
FBI Agent [06:03 PM]: wut kinda stuff r we gonna do?
sk8trboiwny [06:03 PM]: what do u wanna do?
sk8trboiwny [06:03 PM]: kiss? cuddle? oral?
FBI Agent [06:03 PM]: ok
FBI Agent [06:03 PM]: :-D
sk8trboiwny [06:03 PM]: do uwanna do more?

3

**Exhibit 1**

FBI Agent [06:04 PM]: i wana do wut u wana do... hee
FBI Agent [06:04 PM]: hee
FBI Agent [06:04 PM]: do have protectin
sk8trboiwny [06:05 PM]: yeah
sk8trboiwny [06:05 PM]: do u want me to fuck u?
FBI Agent [06:05 PM]: idk... do u wana
sk8trboiwny [06:05 PM]: only if u wanna hunny
sk8trboiwny [06:05 PM]: maybe not the first time
FBI Agent [06:05 PM]: y
sk8trboiwny [06:05 PM]: i dont wanan hurt u
FBI Agent [06:05 PM]: ur sweet
sk8trboiwny [06:05 PM]: thanks :-*
FBI Agent [06:05 PM]: wut did u do b4?
sk8trboiwny [06:06 PM]: ive done evertying
FBI Agent [06:06 PM]: imean when u met other guys
FBI Agent [06:06 PM]: the 1st time
sk8trboiwny [06:06 PM]: usually onlye make out and cuddle and oral...sometimes fuck....but usually not first time
FBI Agent [06:07 PM]: ok
FBI Agent [06:11 PM]: u there?

**End IM - 1/30/2007 06:59 PM**

**Begin IM - 1/30/2007 06:07 PM**
FBI Agent [6:07 P.M.]: hi
FreakJ65 [06:07 PM]: hey its me sillyboi
FBI Agent [06:08 PM]: how can u be on both?
FreakJ65 [06:08 PM]: hehe cuz the im names are linked
FBI Agent [06:08 PM]: i dont know how 2 do that
FreakJ65 [06:09 PM]: if u come over i can show u...i dont no how to explain it tho
FBI Agent [06:09 PM]: kk
FBI Agent [06:10 PM]: wut time r we meeting?
FBI Agent [06:11 PM]: u there?
FreakJ65 [06:11 PM]: hey im here
FreakJ65 [06:11 PM]: lets talk on this name and forget the other one
FBI Agent [06:11 PM]: kk
FreakJ65 [06:11 PM]: i thought we said 830 rite?
FBI Agent [06:11 PM]: 830
FBI Agent [06:11 PM]: right
FreakJ65 [06:11 PM]: kk
FreakJ65 [06:12 PM]: i rele cant wait baby
FBI Agent [06:12 PM]: kk
FreakJ65 [06:12 PM]: can u? or are u nervous
FBI Agent [06:12 PM]: at the taco bell right?
FreakJ65 [06:13 PM]: NO silly
FreakJ65 [06:13 PM]: the bathrooms int he mall we decided all this
FBI Agent [06:13 PM]: the mall makes me nervous
FBI Agent [06:13 PM]: wut if someone sees me
FreakJ65 [06:14 PM]: its ok baby...if someone sees u ull just say ur there takin a piss lol.....if they even ask...and if they see us together just tell em that im ur cousin from out of town visiting they wont know
FBI Agent [06:15 PM]: im nevrous
FreakJ65 [06:15 PM]: ill hold u tite dont worry sweetie

4

# Exhibit 1

FBI Agent [06:15 PM]: ur sweet
FreakJ65 [06:15 PM]: thanks baby u too....ill hold both u and justin
FreakJ65 [06:15 PM]: has he actually told u he likes guys?
FBI Agent [06:15 PM]: sorta
FBI Agent [06:16 PM]: hes not sure either
FreakJ65 [06:16 PM]: its ok....
FreakJ65 [06:16 PM]: ur not sure either rite
FBI Agent [06:16 PM]: rite
FBI Agent [06:16 PM]: well im pretty sure
FreakJ65 [06:16 PM]: kk....well maybe u can decide wtih me
FBI Agent [06:16 PM]: ur sweet
FreakJ65 [06:16 PM]: hehe i love it when u say that
FreakJ65 [06:17 PM]: thats what u gotta tell justin so hell come
FBI Agent [06:17 PM]: kk
FBI Agent [06:17 PM]: wut else
FreakJ65 [06:17 PM]: wat u mean? is he online now
FBI Agent [06:17 PM]: no no when i talk to him at skewl 2morow
FreakJ65 [06:18 PM]: o ok..he on ur myspace?
FBI Agent [06:18 PM]: no myspace
FreakJ65 [06:18 PM]: oh y not
FBI Agent [06:18 PM]: not sure
FBI Agent [06:18 PM]: ill ask
FreakJ65 [06:18 PM]: kk....so what grade he in?
FBI Agent [06:18 PM]: 6
FreakJ65 [06:19 PM]: kool and u in 8th?
FBI Agent [06:19 PM]: yep
FreakJ65 [06:19 PM]: kool
FBI Agent [06:19 PM]: he can really sk8
FreakJ65 [06:19 PM]: ice sk8 or sk8board?
FBI Agent [06:19 PM]: ice... hockey.. duh
FreakJ65 [06:19 PM]: hehe cool
FreakJ65 [06:20 PM]: just making sure
FreakJ65 [06:20 PM]: does he turn u on?
FBI Agent [06:20 PM]: do u sk8board
FreakJ65 [06:20 PM]: no
FreakJ65 [06:20 PM]: ice sk8 some tho
FBI Agent [06:20 PM]: kwl
FreakJ65 [06:20 PM]: im so hard for u guys
FBI Agent [06:20 PM]: hes cute but were just friends not bf
FreakJ65 [06:21 PM]: yeah its ok...but wuld u play with him and me..u ok with that...like being hard in front of him?
FBI Agent [06:21 PM]: i think so
FBI Agent [06:21 PM]: idk
FreakJ65 [06:21 PM]: kk
FBI Agent [06:21 PM]: maybe we shouldnt tell him
FreakJ65 [06:21 PM]: kk
FreakJ65 [06:21 PM]: no
FreakJ65 [06:21 PM]: we need to...cuz i want him there
FBI Agent [06:21 PM]: y
FBI Agent [06:22 PM]: can we go to taco bell first
FBI Agent [06:22 PM]: i hate mall food
FreakJ65 [06:22 PM]: yeah prolly....
FreakJ65 [06:22 PM]: im gonna go for now...ill see u on thurs at 830 at the bathrooms ok

## Exhibit 1

FBI Agent [06:22 PM]: kk.. r u really coming?
FreakJ65 [06:22 PM]: yeh r u
FBI Agent [06:22 PM]: i will feel stupid if u dont
FreakJ65 [06:23 PM]: i no...the only way i wont come is if something big happens like my car breaks down or work calls me in or something
FreakJ65 [06:23 PM]: but im sure i can be there ok?
FBI Agent [06:23 PM]: u promise
FreakJ65 [06:23 PM]: yup
FBI Agent [06:23 PM]: k
FreakJ65 [06:23 PM]: see u there hun
FreakJ65 [06:23 PM]: bye
FBI Agent [06:23 PM]: cause if i tell justin and u dont come i will be mad

### End IM - 1/30/2007 06:59 PM

### Begin IM - 1/30/2007 07:00 PM

FBI Agent [7:00 P.M.]: hi
FreakJ65 [07:00 PM]: oh hey baby...i didnt see u sry
FBI Agent [07:00 PM]: ur back
FreakJ65 [07:00 PM]: yup hehe
FreakJ65 [07:01 PM]: i wish we culd meet tonite hehe
FBI Agent [07:01 PM]: me too
FreakJ65 [07:01 PM]: u home alone or mom there?
FBI Agent [07:01 PM]: not yet
FBI Agent [07:01 PM]: but im not grounded ne more
FreakJ65 [07:01 PM]: good
FBI Agent [07:02 PM]: i talk to justin and now he doesnt want to go to the mall
FreakJ65 [07:02 PM]: did u tell him bout me?
FBI Agent [07:02 PM]: no not yet
FreakJ65 [07:02 PM]: we can meet somewhere else on thursday...i culd like just pick u guys up or something at his house if ur gonna be there alone
FBI Agent [07:02 PM]: i think so
FreakJ65 [07:02 PM]: kk
FBI Agent [07:02 PM]: hold on
FBI Agent [07:02 PM]: brb
FreakJ65 [07:02 PM]: k he online?
FreakJ65 [07:04 PM]: sweetie?
FBI Agent [07:07 PM]: sry
FBI Agent [07:07 PM]: back
FBI Agent [07:07 PM]: had to pee
FreakJ65 [07:07 PM]: its ok hun
FreakJ65 [07:07 PM]: aw its ok
FreakJ65 [07:07 PM]: so is justin online?
FBI Agent [07:07 PM]: no
FreakJ65 [07:07 PM]: how did u talk to him? call him?
FBI Agent [07:07 PM]: talkd on the phone
FreakJ65 [07:07 PM]: kool...y dont he wanna go to the mall?
FBI Agent [07:07 PM]: no he want to play video games
FBI Agent [07:07 PM]: theres a mccdonalds by his house
FreakJ65 [07:08 PM]: ok kool....and it will be just the two of u at his house?
FreakJ65 [07:08 PM]: wheres he live?

## Exhibit 1

FBI Agent [07:08 PM]: gary lane
FBI Agent [07:08 PM]: in cheektowaga
FreakJ65 [07:08 PM]: ok....
FBI Agent [07:08 PM]: mcd's on french
FreakJ65 [07:08 PM]: and ull be alone at his houes?
FBI Agent [07:08 PM]: idk
FreakJ65 [07:08 PM]: kk...what bout his mom? she saroun?
FreakJ65 [07:09 PM]: around
FBI Agent [07:09 PM]: no not usually
FBI Agent [07:09 PM]: their separated
FreakJ65 [07:09 PM]: k an he got bro or sis?
FBI Agent [07:09 PM]: no
FreakJ65 [07:09 PM]: kool....so i cul just come there and pick u guys up rite?
FBI Agent [07:09 PM]: step sis
FreakJ65 [07:09 PM]: oh wuld she be there?
FBI Agent [07:09 PM]: probably
FBI Agent [07:10 PM]: and shes a beeeaacchh
FreakJ65 [07:10 PM]: fuck how olds she
FreakJ65 [07:10 PM]: ya amn
FreakJ65 [07:10 PM]: amn
FBI Agent [07:10 PM]: 17
FreakJ65 [07:10 PM]: damn
FreakJ65 [07:10 PM]: damn that wont work cuz shed tell
FreakJ65 [07:10 PM]: wuld she let u guys go out tho?
FBI Agent [07:10 PM]: she might i hate her
FreakJ65 [07:10 PM]: can u be online there on thursday nite?
FBI Agent [07:10 PM]: i wont tell her were
FBI Agent [07:10 PM]: yeah
FreakJ65 [07:11 PM]: kk i guess ill just have to come home an go online and set it up with u then to meet at mcdonalds or something
FreakJ65 [07:11 PM]: y u stayin there on thurs?
FBI Agent [07:11 PM]: i think so if amandaaaah does nt hog the puter
FBI Agent [07:11 PM]: yeah
FreakJ65 [07:11 PM]: oh yeah fuck...u got a cell?
FBI Agent [07:11 PM]: no
FBI Agent [07:11 PM]: :-[
FreakJ65 [07:11 PM]: k....
FreakJ65 [07:12 PM]: how can this work then sweetheart?
FBI Agent [07:12 PM]: meet at mcd's
FreakJ65 [07:12 PM]: call justin up an tell him what we wanna do and talk him into going online now so we can all talk
FBI Agent [07:12 PM]: i can try
FreakJ65 [07:12 PM]: just get him online an then we can all chat
FBI Agent [07:12 PM]: i think its better to talk 2 him at skewl
FBI Agent [07:13 PM]: hes shy
FBI Agent [07:13 PM]: more shy than me
FreakJ65 [07:13 PM]: ok :-(
FreakJ65 [07:13 PM]: but then i cant talk to him
FBI Agent [07:13 PM]: on thurs
FBI Agent [07:14 PM]: rite?
FreakJ65 [07:14 PM]: ok at the mcdonalds at 8:30?
FBI Agent [07:14 PM]: rite... i will try to b online
FBI Agent [07:14 PM]: b4

7

# Exhibit 1

FreakJ65 [07:14 PM]: ok sweetie ill try to but ill just b there i guess
FBI Agent [07:14 PM]: kewl
FBI Agent [07:15 PM]: in the bathroom still?
FBI Agent [07:16 PM]: im sooooo excited... and kinda nervous
FreakJ65 [07:16 PM]: hmm idk...i want justin too
FBI Agent [07:16 PM]: kkk i will talk to him 2 morrow
FreakJ65 [07:16 PM]: ok
FBI Agent [07:17 PM]: hes kewl
FreakJ65 [07:17 PM]: kk u sure hell do it i hope
FBI Agent [07:17 PM]: not sure... we dont really talk bout htis stuff
FBI Agent [07:17 PM]: ya no
FreakJ65 [07:18 PM]: ok....i really wanna suck him and u
FBI Agent [07:18 PM]: ur sweet
FBI Agent [07:19 PM]: u will be there right at 830?
FreakJ65 [07:19 PM]: i can try
FreakJ65 [07:19 PM]: u gotta wait for me for a bit ok?
FBI Agent [07:19 PM]: how long
FreakJ65 [07:19 PM]: ik til 845 or so at least
FreakJ65 [07:20 PM]: u can just sit in the restaurant rite? or will u be waiting in the bathroom?
FBI Agent [07:20 PM]: wut do u think?
FreakJ65 [07:20 PM]: restaurant
FreakJ65 [07:20 PM]: not bathroom
FBI Agent [07:20 PM]: kk
FBI Agent [07:20 PM]: ill save u a seat..... hee hee
FreakJ65 [07:21 PM]: ok
FreakJ65 [07:21 PM]: bring justin
FBI Agent [07:21 PM]: kk ill talk to him
FreakJ65 [07:21 PM]: k
FBI Agent [07:22 PM]: hes kewl... hell prolly come at least to meet u
FreakJ65 [07:22 PM]: ok kool
FreakJ65 [07:22 PM]: i hope so
FBI Agent [07:23 PM]: i cant wait 2 meet u?
FreakJ65 [07:23 PM]: same here
FBI Agent [07:24 PM]: r u gonna be on 2 morrow
FreakJ65 [07:24 PM]: ill try but im real busy
FBI Agent [07:24 PM]: kk
FBI Agent [07:26 PM]: wut r u doin
FBI Agent [07:26 PM]: ?
FreakJ65 [07:26 PM]: not much...sry im gonnasign off hun...ill see u thurs i hope bye
FBI Agent [07:26 PM]: ttyl

**End IM - 1/30/2007 07:27 PM**